UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| ELVIRA LISING,<br><br>        Plaintiff,<br><br>vs.<br><br>FIRSTSOURCE ADVANTAGE, LLC,<br><br>        Defendant. | CASE NO. 4:10-CV-04469-PJH<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br>Judge: Hon. Phyllis J. Hamilton |

Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

DATED: 2/25/11

UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

1

06479.00/172086